```
           UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF WEST VIRGINIA
                   AT CHARLESTON
```

**MICHAEL ALLEN KENNEY,**

       **Plaintiff,**

**v.**                          **Civil Action No. 2:20-cv-00800**

**ADMINISTRATOR BINION and**
**BOOKING OFFICER,**

       **Defendants.**

## ORDER

This action was previously referred to Dwane L. Tinsley, United States Magistrate Judge, who has submitted on March 24, 2022, his Proposed Findings and Recommendation ("PF&R") pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B). PF&R, ECF No. 41.

The court has reviewed the magistrate judge's PF&R. The magistrate judge recommends "that the presiding District Judge grant [defendant Administrator Binion's] motion for summary judgment and dismiss this matter, with prejudice, from the docket of the court." Id. at 9 (citation omitted). The plaintiff, proceeding pro se, has not objected to the PF&R.

Accordingly, it is ORDERED that:

1. The Proposed Findings and Recommendation be, and hereby is, adopted by the court and incorporated herein;

2. Defendant Administrator Binion's motion for summary judgment be, and hereby is, granted;

3. The plaintiff's civil action be, and hereby is, dismissed with prejudice; and

4. This action be, and hereby is, dismissed from the docket.

The Clerk is directed to forward copies of this order to all counsel of record, any unrepresented parties, and the United States Magistrate Judge.

ENTER: June 8, 2022

_____
John T. Copenhaver, Jr.
Senior United States District Judge